Appendix B

United States Courts
Southern District of Texas
FILED

August 29, 2024

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
Galveston DIVISION

Branden James Angel-Crowell

versus

Jonathan & Angela of our Daily Bread Galveston, Tx

CIVIL ACTION NO. _____

ORIGINAL COMPLAINT

for the Last 3 months head case manager Jonathan & his Boss Angela of Christus our Daily Bread @ 2420 Winnie St. Galveston, TX. 77550 have openly Discriminated Against me & my Service Animals (3) & openly Denied me & them entry & State & federal Services Because I have Service Dogs & today he when asked By me if my Dog Bailey, may come Inside Due 2 sever thunder storms Inmanate he Bodly refused forcing his Security officers 2 ask me 2 remain outside In the Rain w/ my Dog. This violates federal Law which me & my 3 Service Dogs Are protected under And ADA Laws.

X B.J. Angel-Crowell
@ 10.09an 8-28-24